AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>DLOTT, SUSAN J. | 2. Court or Organization<br><br>US SOUTHERN DISTRICT OF OHIO | 3. Date of Report<br><br>05/03/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US CHIEF DIST JUDGE-ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>1/1/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address |
|---|
| U.S. COURTHOUSE, ROOM 227<br>100 EAST FIFTH STREET<br>CINCINNATI, OHIO 45202 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | GENERAL MANAGER | MILFORD ONE LLC |
| 2. | SOLE MEMBER | CORY KUMLER LLC |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DLOTT, SUSAN J.** | 05/03/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BOND - KENTUCKY RURAL WATER FINANCING CORP 4.00% - RP#2 | D | Interest | M | T | | | | | |
| 2. BOND - KENTUCKY ASSOC. OF COUNTIES FINANCING 4.250% - RP#2 | D | Interest | N | T | | | | | |
| 3. ORACLE CORPORATION - RiverPoint Capital Mgmt (Account #2) | A | Dividend | | | Sold | 05/25/17 | L | E | |
| 4. CASH held in custodian at RiverPoint Capital Mgmt (Account #2) | A | Interest | N | T | | | | | |
| 5. CASH held in custodian at RiverPoint Capital Mgmt (Account #1) | A | Interest | L | T | | | | | |
| 6. Womens capital club partnership (2.2727% ownership) | | None | K | W | | | | | |
| 7. TORTOISE MLP & PIPELINE - RiverPoint Capital Mgmt (Account #2) | A | Dividend | | | Sold | 11/10/17 | L | C | |
| 8. FIFTH THIRD BANK CHECKING ACCTS | A | Interest | M | T | | | | | |
| 9. VERSUM MATERIALS (FORMERLY AIR PRODUCTS AND CHEMICALS) - RP#2 | B | Dividend | M | T | | | | | |
| 10. CHEVRON CORP - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 11. MICROSOFT CORP - RiverPoint Capital Mgmt (Account #2) | C | Dividend | M | T | | | | | |
| 12. PEPSICO INC - RiverPoint Capital Mgmt (Account #2) | C | Dividend | M | T | | | | | |
| 13. CONOCOPHILLIPS - RiverPoint Capital Mgmt (Account #2) | A | Dividend | | | Sold | 05/25/17 | K | D | |
| 14. PROCTER & GAMBLE CO - RiverPoint Capital Mgmt (Account #2) | D | Dividend | M | T | | | | | |
| 15. EXXON MOBIL CORPORATION - RiverPoint Capital Mgmt (Account #2) | C | Dividend | L | T | | | | | |
| 16. JOHNSON & JOHNSON - RiverPoint Capital Mgmt (Account #2) | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. BECTON, DICKSON AND COMPANY - RiverPoint Capital Mgmt (Account #2) | B | Dividend | M | T | | | | | |
| 18. MERCK & CO INC - RiverPoint Capital Mgmt (Account #2) | C | Dividend | L | T | | | | | |
| 19. MARSH & MCLENNAN COMPANIES, INC - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 20. 3M COMPANY SHARES - RiverPoint Capital Mgmt (Account #1) | C | Dividend | M | T | | | | | |
| 21. CINCINNATI FINANCIAL CORP SHARES - RiverPoint Capital Mgmt (Acct #2) | C | Dividend | L | T | | | | | |
| 22. EMERSON ELECTRIC COMPANY- RiverPoint Capital Mgmt (Account #2) | B | Dividend | L | T | | | | | |
| 23. BOND - STATE OF OHIO BLDG AUTH REV,5%, DUE 10/1/17 - RP#2 | D | Interest | | | Matured | 10/01/17 | M | | |
| 24. ROYAL DUTCH SHELL PLC - RiverPoint Capital Mgmt (Account #2) | C | Dividend | L | T | | | | | |
| 25. RYDEX SER FDS BIOTECHNOLOGY FD INVS CL RYOIX - WCC Schwab acct | B | Dividend | K | T | | | | | |
| 26. NESTLE A SPONSORED ADR - RiverPoint Capital Mgmt (Account #2) | B | Dividend | L | T | | | | | |
| 27. TATA MOTORS LTD - SPNS ADR - WCC Schwab acct | | None | K | T | Sold (part) | 06/09/17 | K | D | |
| 28. GREATER CLEVELAND OHIO REGIONAL TRANSPORTATION AUTHORITY GNE - RP#2 | D | Interest | M | T | | | | | |
| 29. MASON OHIO GEN 4% DUE 12/021/20 - RP#2 | D | Interest | M | T | | | | | |
| 30. NORTH OLMSTED OHIO GEN. 5.250% DUE 12/1/20 - RP#2 | B | Interest | | | Matured | 02/28/17 | M | | |
| 31. BORG WARNER INC - RiverPoint Capital Mgmt (Account #2) | A | Dividend | | | Sold | 05/25/17 | L | | |
| 32. BEAVERCREEK OHIO CITY SCHOOL DISTRICT 4.75% - RP#2 | D | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. DUBLIN OHIO CITY SCHOOL DISTRICT FAC. 4.0% - RP#2 | D | Interest | M | T | | | | | |
| 34. KENTON CTY. KY SCHOOL DISTRICT FINANCE 4.5% - RP#2 | D | Interest | M | T | | | | | |
| 35. TJX Companies INC - RiverPoint Capital Mgmt (Account #2) | B | Dividend | L | T | | | | | |
| 36. WALT DISNEY HOLDING CO - RiverPoint Capital Mgmt (Account #2) | B | Dividend | L | T | | | | | |
| 37. WALGREEN COMPANY - RiverPoint Capital Mgmt (Account #2) | B | Dividend | M | T | | | | | |
| 38. LOWE'S COMPANIES INC - RiverPoint Capital Mgmt (Account #2) | B | Dividend | L | T | | | | | |
| 39. UNIVERSITY OF TOLEDO OHIO REV 5.00% due 6/1/26 - RP#2 | D | Interest | M | T | | | | | |
| 40. Sector Spdr Technology Select - RiverPoint Capital Mgmt (Account #2) | B | Dividend | M | T | Sold (part) | 05/25/17 | L | E | |
| 41. Celegene Corp - RiverPoint Capital Mgmt (Account #2) | | None | | | Sold | 05/25/17 | L | | |
| 42. Pfizer Inc - RiverPoint Capital Mgmt (Account #2) | C | Dividend | L | T | | | | | |
| 43. Fortune Brands - RiverPoint Capital Mgmt (Account #2) | A | Dividend | L | T | | | | | |
| 44. Capital One Final Var 5.550% - RiverPoint Capital Mgmt (Account #2) | C | Interest | L | T | | | | | |
| 45. Waste Management Inc - RiverPoint Capital Mgmt (Account #2) | B | Dividend | M | T | | | | | |
| 46. Medtronic PLC F - RiverPoint Capital Mgmt (Account #2) | B | Dividend | L | T | | | | | |
| 47. Bank of America Fix to Float P - RiverPoint Capital Mgmt (Account #2) | D | Interest | M | T | | | | | |
| 48. iShares Russell 2000 ETF - RiverPoint Capital Mgmt (Account #2) | B | Dividend | M | T | | | | | |
| 49. iShares Msci Eafe ETF - RiverPoint Capital Mgmt (Account #2) | D | Dividend | N | T | Buy (add'l) | 11/09/17 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. Amerisource-Bergen Corp - RiverPoint Capital Mgmt (Account #2) | B | Dividend | | | Sold | 11/09/17 | L | | |
| 51. Bankunited Inc - RiverPoint Capital Mgmt (Account #2) | B | Dividend | | | Sold | 11/09/17 | L | | |
| 52. Citizens Finl Group - RiverPoint Capital Mgmt (Account #2) | C | Dividend | M | T | | | | | |
| 53. iShares Msci Emerging - RiverPoint Capital Mgmt (Account #2) | D | Dividend | N | T | Buy (add'l) | 05/08/17 | M | | |
| 54. Marriott Intl Inc Class A - RiverPoint Capital Mgmt (Account #2) | B | Dividend | M | T | | | | | |
| 55. Microchip Technology - RiverPoint Capital Mgmt (Account #2) | B | Dividend | M | T | | | | | |
| 56. Toronto Dominion Bnk F - RiverPoint Capital Mgmt (Account #2) | C | Dividend | M | T | | | | | |
| 57. Burlington Cnty NJ GO Ser A 2.000% Due 01/15/21 - RP (Account #2) | | None | M | T | Buy | 05/31/17 | M | | |
| 58. Fastenal Co - RiverPoint Capital Mgmt (Account #2) | | None | L | T | Buy | 11/09/17 | L | | |
| 59. Iowa Lakes IA Community College 2.000% Due 06/01/20 - RP (Account #2) | B | Interest | M | T | Buy | 06/01/17 | M | | |
| 60. Metlife Inc - RiverPoint Capital Mgmt (Account #2) | | None | M | T | Buy | 11/09/17 | M | | |
| 61. Wyandot Cnty OH GO 2.000% Due 12/01/18 - RP (Account #2) | B | Interest | M | T | Buy | 06/05/17 | M | | |
| 62. JOHNSON & JOHNSON - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 63. PIMCO COMMODITY REAL RETURN STRAT FD - Morgan Stanley account | B | Dividend | K | T | | | | | |
| 64. CASH - Morgan Stanley account | A | Interest | N | T | | | | | |
| 65. APPLE INC - WCC Schwab acct | B | Dividend | M | T | | | | | |
| 66. MARSH & MCLENNAN COMPANIES, INC. - RiverPoint Capital Mgmt (Acct #2) | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. FORTIVE CORP (FORMERLY DANAHER CORP) - RP #2 | A | Dividend | L | T | | | | | |
| 68. CAPITAL ONE FINANCIAL CORP - RiverPoint Capital Mgmt (Account #2) | A | Dividend | | | Sold | 05/08/17 | L | B | |
| 69. NORFOLK SOUTHERN CORP. - RiverPoint Capital Mgmt (Account #2) | B | Dividend | M | T | | | | | |
| 70. JP MORGAN CHASE & CO - RiverPoint Capital Mgmt (Account #2) | B | Dividend | M | T | | | | | |
| 71. NATIONAL POWER CORP - Morgan Stanley account | A | Interest | J | T | | | | | |
| 72. PROCTER & GAMBLE CO - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 73. VISA INC CL A - RiverPoint Capital Mgmt (Account #2) | A | Dividend | M | T | | | | | |
| 74. EMERSON ELECTRIC CO- RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 75. MICROSOFT CORPORATION - RiverPoint Capital Mgmt (Account #1) | A | Dividend | K | T | | | | | |
| 76. MILFORD ONE, LLC - RENTAL PPTY MILFORD, OH | | None | M | W | | | | | |
| 77. CASH WCC Schwab acct | A | Interest | N | T | | | | | |
| 78. COLORADO ST HIGHER ED CAPITAL CONST. - 5% CERTIFICATES - RP#2 | D | Interest | | | Matured | 11/01/17 | M | | |
| 79. ROYAL DUTCH SHELL - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 80. UNION PACIFIC CORPORATION - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 81. WALT DISNEY CORPORATION - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 82. CVS CORPORATION - RiverPoint Capital Mgmt (Account #1) | A | Dividend | | | Sold | 01/27/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 83. FLAHERTY & CRUMRINE / CLAYMORE PFD SEC INC FD - Morgan Stanley acct | A | Dividend | J | T | | | | | |
| 84. CHEVRON CORP - RiverPoint Capital Mgmt (Account #2) | B | Dividend | L | T | | | | | |
| 85. HARTFORD CAP APPREC FD C - Morgan Stanley acct | D | Dividend | L | T | | | | | |
| 86. CSX CORP - WCC Schwab acct | A | Dividend | | | Sold | 06/09/17 | L | E | |
| 87. ALPHABET INC (FORMERLY GOOGLE INC) CL A - WCC Schwab acct | | None | K | T | | | | | |
| 88. ANTHEM INC - WCC Schwab acct | A | Dividend | L | T | | | | | |
| 89. UNITED PARCEL SERVICE - RiverPoint Capital Mgmt (Account #2) | B | Dividend | L | T | | | | | |
| 90. ALLIANZGI CONV AND INCOME FD II - Morgan Stanley acct | B | Dividend | J | T | | | | | |
| 91. UNITED TECHNOLOGIES CORP - RiverPoint Capital Mgmt (Account #2) | B | Dividend | L | T | | | | | |
| 92. XILINX INC - RiverPoint Capital Mgmt (Account #2) | C | Dividend | M | T | | | | | |
| 93. BLACKROCK GLOBAL ALLOCATION FUND INC C - Morgan Stanley acct | D | Dividend | N | T | | | | | |
| 94. ASHLAND INC NEW ASH - WCC Schwab acct | A | Dividend | | | Sold | 12/19/17 | K | D | |
| 95. GENERAL ELECTRIC COMPANY GE - WCC Schwab acct | B | Dividend | | | Sold | 12/19/17 | K | | |
| 96. ISHARES ET MSCI USA ESG SELECT KLD - WCC Schwab acct | A | Dividend | K | T | | | | | |
| 97. SKYWORKS SOLUTIONS INC - WCC Schwab acct | A | Dividend | K | T | | | | | |
| 98. TESLA MOTORS INC - WCC Schwab acct | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 99. HARMAN INTL IND INC - WCC Schwab acct | A | Dividend | | | Sold | 03/13/17 | L | E | |
| 100. MAINSOURCE FINL GRP - WCC Schwab acct | B | Dividend | L | T | | | | | |
| 101. CROWN CASTLE INTL CO - WCC Schwab acct | A | Dividend | K | T | Buy | 10/19/17 | K | | |
| 102. VALVOLINE INC - WCC Schwab acct | A | Dividend | K | T | Buy | 12/19/17 | K | | |
| 103. INDIAN RIVER CNTY FL SCH BOND - Morgan Stanley acct | A | Interest | | | Matured | 07/03/17 | K | A | |
| 104. DELTA AIR LINES - Morgan Stanley acct | A | Dividend | J | T | | | | | |
| 105. ALLIANCEBERNSTEIN NATION - Morgan Stanley acct | A | Dividend | J | T | | | | | |
| 106. BLACKROCK MUNI INC - Morgan Stanley acct | B | Dividend | K | T | | | | | |
| 107. DWS MUNICIPAL INCOME TR - Morgan Stanley acct | A | Dividend | J | T | | | | | |
| 108. INVESCO MUNICIPAL - Morgan Stanley acct | A | Dividend | J | T | | | | | |
| 109. INVESCO ADVANTAGE MUNICIP - Morgan Stanley acct | A | Dividend | J | T | | | | | |
| 110. INVESCO MUNICIPAL TRUST - Morgan Stanley acct | A | Dividend | J | T | | | | | |
| 111. NUVEEN DIV ADV MUNI - Morgan Stanley acct | C | Dividend | L | T | | | | | |
| 112. NUVEEN INS DIV ADV MINI FUND - Morgan Stanley acct | A | Dividend | J | T | | | | | |
| 113. BLACKROCK CORP HY FND IV - Morgan Stanley acct | B | Dividend | K | T | | | | | |
| 114. GENERAL MILLS - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 115. 3M CO - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 116. AMERISOURCE BERGEN CORP - RiverPoint Capital Mgmt (Account #1) | A | Dividend | | | Sold | 11/01/17 | J | A | |
| 117. CAPITAL ONE FINANCIAL CORP - RiverPoint Capital Mgmt (Account #1) | A | Dividend | | | Sold | 11/09/17 | J | B | |
| 118. FISERV INC - RiverPoint Capital Mgmt (Account #1) | | None | K | T | | | | | |
| 119. JP MORGAN CHASE & CO - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 120. KROGER CO - RiverPoint Capital Mgmt (Account #1) | A | Dividend | | | Sold | 06/23/17 | J | | |
| 121. LOWE'S COMPANIES INC - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 122. MERCK & CO INC - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | Buy (add'l) | 11/09/17 | J | | |
| 123. MORGAN STANLEY GROUP INC - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 124. SECTOR SPDR TECHNOLOGY SELECT SHARE - RiverPoint Capital Mgmt (Acc#1) | A | Dividend | K | T | | | | | |
| 125. STRYKER CORP - RiverPoint Capital Mgmt (Account #1) | A | Dividend | K | T | | | | | |
| 126. TJX COMPANIES INC - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 127. UNITED TECHNOLOGIES CORP - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 128. UNITED HEALTH GROUP INC - RiverPoint Capital Mgmt (Account #1) | A | Dividend | K | T | | | | | |
| 129. VERIZON COMMUNICATIONS - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 130. VISA INC CLASS A - RiverPoint Capital Mgmt (Account #1) | A | Dividend | K | T | | | | | |
| 131. CARNIVAL CORP - RiverPoint Capital Mgmt (Account #1) | | None | | | Matured | 12/15/17 | K | | |
| 132. BANK OF AMERICA CORP - RiverPoint Capital Mgmt (Account #1) | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 133. JB HUNT TRANSPORT SVCS - RiverPoint Capital Mgmt (Account #1) | A | Interest | K | T | | | | | |
| 134. BP CAPITAL MARKETS PLC - RiverPoint Capital Mgmt (Account #1) | A | Interest | K | T | | | | | |
| 135. GATX CORP - RiverPoint Capital Mgmt (Account #1) | A | Interest | K | T | | | | | |
| 136. PARTNERRE 5.875% SERIES F PREFERRED STOCK - RP#1 | B | Dividend | K | T | | | | | |
| 137. SUN TRUST BANK 5.875% SERIES PREFERRED STOCK - RP#1 | B | Dividend | K | T | | | | | |
| 138. PEPSICO INC - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 139. EOG Resources Inc - RiverPoint Capital Mgmt (Account #1) | A | Dividend | | | Sold | 11/09/17 | J | B | |
| 140. Bank of NY Mellon Co - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 141. United Parcel Srvc Class B - RiverPoint Capital Mgmt (Account #1) | A | Dividend | | | Sold | 06/12/17 | J | A | |
| 142. Pfizer Inc - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 143. Bankunited Inc - RiverPoint Capital Mgmt (Account #1) | A | Dividend | | | Sold | 11/09/17 | J | | |
| 144. Medtronic PLC F - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 145. Fortune Brands - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 146. Alphabet Inc. Class C - RiverPoint Capital Mgmt (Account #1) | | None | K | T | | | | | |
| 147. Boston Scientific - RiverPoint Capital Mgmt (Account #1) | A | Interest | K | T | | | | | |
| 148. iShares Russell 2000 ETF - RiverPoint Capital Mgmt (Account #1) | A | Dividend | K | T | | | | | |
| 149. iShares Msci Eafe ETF - RiverPoint Capital Mgmt (Account #1) | B | Dividend | L | T | Buy (add'l) | 11/09/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 150. VERSUM MATERIALS (FORMERLY AIR PRODUCTS AND CHEMICALS) - RP#1 | A | Dividend | K | T | Buy (add'l) | 01/17/17 | J | | |
| 151. BB&T Corporation - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 152. Cisco Systems Inc - RiverPoint Capital Mgmt (Account #1) | A | Dividend | | | Sold | 03/23/17 | J | C | |
| 153. Citizens Finl Group - RiverPoint Capital Mgmt (Account #1) | A | Dividend | K | T | | | | | |
| 154. Flowserve Corp - RiverPoint Capital Mgmt (Account #1) | A | Dividend | | | Sold | 11/08/17 | J | | |
| 155. Ishares Msci Emerging - RiverPoint Capital Mgmt (Account #1) | A | Dividend | K | T | Buy (add'l) | 05/08/17 | J | | |
| 156. JM Smucker Co 3.000% Due 03#15# - RiverPoint Capital Mgmt (Account #1) | A | Interest | K | T | | | | | |
| 157. Johnson Controls International - RiverPoint Capital Mgmt (Account #1) | | None | | | Sold | 01/27/17 | J | | |
| 158. Jp Morgan Chase Alerian ETN - RiverPoint Capital Mgmt (Account #1) | A | Dividend | | | Sold (part) | 04/03/17 | J | A | |
| 159. Jp Morgan Chase Alerian ETN - RiverPoint Capital Mgmt (Account #1) | | None | | | Sold | 07/19/17 | K | | |
| 160. Texas Instruments - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 161. Toronto Dominion Bnk F - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 162. Becton Dickinson & Co - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | Buy | 11/01/17 | J | | |
| 163. Broadcom Ltd F - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | Buy | 11/01/17 | J | | |
| 164. Fastenal Co - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | Buy | 06/12/17 | J | | |
| 165. Metlife Inc - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | Buy | 11/02/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 166. Newell Brands Inc. - RiverPoint Capital Mgmt (Account #1) | A | Dividend | | | Buy | 01/17/17 | J | | |
| 167. Newell Brands Inc. - RiverPoint Capital Mgmt (Account #1) | | None | | | Sold | 11/01/17 | J | | |
| 168. Philip Morris Intl - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | Buy | 08/17/17 | J | | |
| 169. Teva Pharm Inds Ltd F - RiverPoint Capital Mgmt (Account #1) | | None | | | Buy | 07/24/17 | J | | |
| 170. Teva Pharm Inds Ltd F - RiverPoint Capital Mgmt (Account #1) | | None | | | Sold | 08/07/17 | J | | |
| 171. MORGAN STANLEY GROUP - RiverPoint Capital Mgmt (Account #2) | B | Dividend | M | T | | | | | |
| 172. VERIZON COMMUNICATIONS - RiverPoint Capital Mgmt (Account #2) | C | Dividend | L | T | | | | | |
| 173. Alphabet Inc. Class C - RiverPoint Capital Mgmt (Account #2) | | None | M | T | Sold (part) | 05/25/17 | K | D | |
| 174. NETFLIX.COM INC - WCC Schwab acct | | None | L | T | | | | | |
| 175. North Side Bank Checking Account - Cory Kumler LLC | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| DLOTT, SUSAN J. | 05/03/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII

LISTED STOCKS ARE COMMON SHARES UNLESS OTHERWISE NOTED.

ALL WOMEN'S CLUB INVESTMENTS ARE REPORTED AT THE AGGREGATE VALUE. JUDGE DLOTT OWNS 2.2727%.

LINES 4, 5, 64, AND 77 ARE CASH ACCOUNTS HELD IN INVESTMENT ACCOUNTS FOR FUTURE PURCHASES.

DURING 2017, JUDGE DLOTT'S INVESTMENT ADVISOR MOVED FROM MERRILL LYNCH ("ML") TO MORGAN STANLEY ("MS"). THIS CHANGE HAS BEEN REFLECTED IN THE INDIVIDUAL INVESTMENT HOLDINGS.

SUBSEQUENT TO DECEMBER 31, 2017, JUDGE DLOTT CLOSED THE MORGAN STALEY ("MS") ACCOUNT AND TRANSFERRED THE FUNDS TO RIVERPOINT CAPITAL MANAGEMENT ("RP").

JUDGE DLOTT FILES A TAX RETURN SEPERATE FROM HER SPOUSE (I.E. NOT A JOINT TAX RETURN). AS SUCH, THE ASSETS OF HER SPOUSE ARE NOT REPORTED WITHIN THIS FEDERAL DISCLOSURE REPORT, WHICH IS CONSISTENT WITH HISTORICAL FILINGS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ SUSAN J. DLOTT

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544